FILED

2005 May-09  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

TIMOTHY LEE JEMISON,                      )
                                          )
              Petitioner,            )
                                          )
vs.                                       )          CIVIL ACTION NO.  01-RRA-3225-S
                                          )
WARDEN JOHN NAGLE, et al.,                )
                                          )
              Respondents.           )

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of the petitioner, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as barred by the statute of limitations.  An appropriate order will be entered.

DONE this 9th day of May, 2005.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE